Matter of Popeleski v Abramski (2025 NY Slip Op 06325)

Matter of Popeleski v Abramski

2025 NY Slip Op 06325

Decided on November 19, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 19, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LARA J. GENOVESI
CARL J. LANDICINO
LAURENCE L. LOVE, JJ.

2023-04033

[*1]In the Matter of John S. Popeleski, etc., petitioner, 
v
Sharon Natalie Abramski, respondent.

Ryan, Brennan & Donnelly, LLP, Floral Park, NY (John E. Ryan of counsel), for petitioner.
Leventhal Mullaney & Blinkoff, LLP, Roslyn, NY (Steven G. Leventhal of counsel), for respondent.

DECISION & JUDGMENT
Proceeding pursuant to Public Officers Law § 36 to remove the respondent, Sharon Natalie Abramski, from the public office of Clerk-Treasurer of the Incorporated Village of Manorhaven.
ADJUDGED that the proceeding is dismissed as academic, without costs or disbursements.
The proceeding must be dismissed since the respondent no longer occupies public office (see Matter of Gumo v Canzoneri , 263 AD2d 456, 457; Matter of Campisi v Scelba , 211 AD2d 633; Matter of Monaco v Staniszewski , 190 AD2d 1087).
IANNACCI, J.P., GENOVESI, LANDICINO and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court